UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLYNN FOX,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED KINGDOM, *Charing Cross Police*, et al.,<br><br>      Defendants. | Civil Action No. 22-11049-ADB |

ORDER OF DISMISSAL

BURROUGHS, D.J.

*Pro se* plaintiff Glynn Fox brings this action against the United Kingdom (Charing Cross Police), a prison in England in which Fox is being held, the Bingham Hotel London, and the United States Embassy in London. Although Fox's complaint [ECF No. 1] is largely illegible and unintelligible, it appears that Fox is being held in London as a pretrial detainee on charges that, on January 24, 2022, Fox assaulted two employees of the London hotel. Fox claims that all the defendants violated his civil and human rights. He seeks $27 million in damages.

This Court is without any jurisdiction to adjudicate a matter concerning a criminal prosecution in another country. Accordingly, this action is DISMISSED.

    SO ORDERED.

| | |
|---|---|
|  8/4/2022                          <br>DATE | /s/ Allison D. Burroughs                <br>UNITED STATES DISTRICT JUDGE |