FILED
IN CLERKS OFFICE

2022 NOV 21 PM 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.



Dear Clerk of Court,

This is an updated priority letter, written partly from the United Kingdom during the Covid-19 & Monkey-pox (mpv) dates whilst at the situations hall area called Horselwood House, whilst the Royal Borough of Kensington without Governor Lockdown. Thank you for the letter, and stay safer during Covid-19 & Monkey-pox (mpv)!

Sincerely & Shortfully,

G. Vod Rap

Usb. ASC # 5337788
" Santhom Jack "



# Claim Form

**In the**

**Fee Account no.**

**Help with Fees - Ref no. (if applicable)**   H W F - _ -

**For court use only**

You may be able to issue your claim online which may save time and money. Go to www.moneyclaim.gov.uk to find out more.

**Claim no.**

**Issue date**

SEAL

**Claimant(s) name(s) and address(es) including postcode**

Glynn Deaniel York Fox
The Bulgari Hotel London
171 Knightsbridge
London, SW7 1DW

**Defendant(s) name and address(es) including postcode**

HMP Wandsworth
Heathfield Rd.
London SW18 3HU

**Brief details of claim**  While being held at HMP Wandsworth within 1S2-33, I was punctured in the face while using the kiosk for a medical appointment as a Type II diabetic. I have a broken blood vessel within my eyes as a result, and request compensation for the broken blood vessel within my eye after medical screenings at a NHS facility.

**Value**  £9,000.00 (Nine-Thousand-pounds Sterling)

**Defendant's name and address for service including postcode**

HMP Wandsworth
Heathfield, Rd.
London SW18 3HU
U.K.

| | £ |
|---|---|
| Amount claimed | 9,000.00 |
| Court fee | 900.00 |
| Legal representative's costs | 0.00 |
| **Total amount** | 9,900.00 |

For further details of the courts www.gov.uk/find-court-tribunal.
When corresponding with the Court, please address forms or letters to the Manager and always quote the claim number.

N1 Claim form (CPR Part 7) (06.22).

© Crown Copyright 2022

Claim no. [               ]

You must indicate your preferred County Court Hearing Centre for hearings here
(see notes for guidance)

[                              ]

Do you believe you, or a witness who will give evidence on your behalf, are vulnerable in any way which the court needs to consider?

☑ Yes. Please explain in what way you or the witness are vulnerable and what steps, support or adjustments you wish the court and the judge to consider.

> Glyndypnalid Uat Rep: Fs A foreasf -
> political Asylee within the U.N. -
> Charter Treaty with Luton House at
> The Home Office
> Hmp Wandsworth: Fs A facility at The
> Ministry of Justice.

☐ No

Does, or will, your claim include any issues under the Human Rights Act 1998?

☑ Yes
☐ No

Claim no.

**Particulars of Claim**

☑ attached
☑ to follow

Same as described in the aforementioned documents: Whilst being there at Hmp Wandsworth B2-33, I was pricked in the face at the kiosk while making a medical appointment for diabetic needs, as a Type II Diabetic. As a result, I received a broken blood vessel in my eye, after Nhs medical screenings. I request the following amount for pain & suffering as a result of the broken blood vessel. The issue occurred on the 2nd of February, 2022, with report by H/W 404 at Hmp Wandsworth.

## Statement of truth

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

[✓] **I believe** that the facts stated in this claim form and any attached sheets are true.

[ ] **The claimant** believes that the facts stated in this claim form and any attached sheets are true. **I am authorised** by the claimant to sign this statement.

**Note:** you are reminded that a copy of this claim form must be served on all other parties.

**Signature**

*[signature]*

[✓] Claimant

[ ] Litigation friend (where claimant is a child or protected party)

[ ] Claimant's legal representative (as defined by CPR 2.3(1))

**Date**

Day: 10    Month: Oct.    Year: 2022

**Full name**

Glyndl Dray.f Lloyd Fox

**Name of claimant's legal representative's firm**

Pro Se

**If signing on behalf of firm or company give position or office held**

N/A

**Claimant's or claimant's legal representative's address to which documents should be sent.**

**Building and street**

The Bulgari Hotel London

**Second line of address**

171 Knightsbridge

**Town or city**

London

**County (optional)**

Greater London

**Postcode**

SW7 1DW

**If applicable**

**Phone number**

020 7151 1010

**DX number**

**Your Ref.**

**Email**

fogg2@ad.usla.edu

Find out how HM Courts and Tribunals Service uses personal information you give them when you fill in a form:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter

U.S. District Court Boston
John Joseph Moakley Bldg.
1 Courthouse Way
Boston, MA 02210
USA